**97–1111.   State v. Stojetz.**
Madison C.P. No. 96CR10086.   This cause is pending before the court as an appeal from the Court of Common Pleas of Madison County.   Upon consideration of appellant's motion for expedited release of evidence,

IT IS ORDERED by the court that the motion for expedited release of evidence be, and hereby is, granted, and the Clerk's Office is authorized to release State's Exhibit 55 to Sgt. Downey of the Ohio State Highway Patrol.

**97–1595.   Genaro v. Cent. Transport, Inc.**
Certified State Law Question, Nos. 196CV2282, 197CV00598 and 197CV601.   This cause came before the court on the certification of a state law question from the United States District Court, Northern District of Ohio, Eastern Division.   Upon consideration of the motion to extend time for oral argument of respondents Future Electronics, Inc. and Bonita Russell,

IT IS ORDERED by the court that the motion to extend time for oral argument be, and hereby is, denied.

**97–1880.   Worthington City School Dist. Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 96–D–1218.   On motion for admission *pro hac vice* of Dean H. Bilton and John M. Brannigan.   Motion granted.

RESNICK and LUNDBERG STRATTON, JJ., not participating.

On motion to vacate entry consolidating cases for oral argument.   Motion denied.

DOUGLAS, J., would convert motion to vacate entry consolidating cases into motion to sever cases.

RESNICK and LUNDBERG STRATTON, JJ., not participating.

**98–451.   Mayfield City School Dist. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 97–G–589 and 97–G–594.   *Sua sponte,* cause held for decision in 97–1880, 97–2423, 98–704, 98–758 and 98–984.

MOYER, C.J., dissents and would set this case for oral argument.

RESNICK, J., dissents and would consolidate all cases for oral argument.

**98–856.   Headley v. Ohio Govt. Risk Mgt. Plan.**
Muskingum App. No. CT970017.   On motion to consolidate with case No. 98–1460.   Motion granted.

PFEIFER and COOK, JJ., dissent.

**98–1147.   Simons v. W. Res. Tel. Co.**
Public Utilities Commission, No. 96–1405–TP–CSS.   On *sua sponte* motion to strike notice of appeal. Motion granted.

PFEIFER, J., dissents.

On motion to correct case caption.   Motion denied.

PFEIFER, J., dissents.